

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-89,133-01

### EX PARTE BRANDON LEE JENKINS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. CR31761-A IN THE 75TH DISTRICT COURT FROM LIBERTY COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to ninety-nine years' imprisonment. The Eighth Court of Appeals affirmed his conviction. *Jenkins v. State*, 08-15-00366-CR (Tex. App.—El Paso Aug. 23, 2017) (not designated for publication).

The Court remanded the case to the trial court for findings of fact and conclusions of law addressing Applicant's claims. The trial court recommends denying relief. We agree that Applicant has not proven harm under *Strickland v. Washington*, 466 U.S. 668, 694 (1984). However, we

decline to adopt the trial court's findings concerning the deficient performance prong of *Strickland*.

Relief is denied.

Filed: April 22, 2020
Do not publish